IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VERNON L. EALY, JR., : No. 3:25-CV-1235
        Plaintiff :
: (Judge Munley)
v. :
:
FRANKLIN COUNTY, *et al.*, :
        Defendants :

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's Section 1983 complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted as to all Defendants except the two "John Doe" FCJ official defendants.

2. Plaintiff's Section 1983 retaliation claims against the "John Doe" FCJ officials involved in his transfer to DCP are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted, as granting leave to amend these claims would be futile.

3. The Clerk of Court is directed to terminate both "John Doe" FCJ official defendants.

4. Plaintiff, if he so desires, may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this Order. Plaintiff must comply with the pleading instructions provided in the accompanying Memorandum.

5. If no appropriate amended complaint is timely filed, dismissal will automatically convert to dismissal <u>with prejudice</u> and the court will CLOSE this case.

Date: 9/25/25

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court